# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

Index #: 1:22-CV-05222-DG-TAM
Date Filed: September 14, 2022
Court Date:
Assigned Justice:

ATTORNEY(S):  PH:
ADDRESS:  File No.: 4113527

**OLIVERIO OLIVOS ORTEGA,**

Plaintiff

vs.

**EL EMPERADOR ELIAS RESTURANT AND ELIAS CESPEDES,**

Defendant

STATE OF New York, COUNTY OF SUFFOLK SS.:

WALBER LIRIANO, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York. On **Friday, September 23, 2022** at **7:54 PM**.

at **274 BROADWAY, BROOKLYN, NY 11211** deponent served the within **SUMMONS IN A CIVIL ACTION AND COMPLAINT**

on: **EMPERADOR ELIAS RESTAURANT**

**Defendant** therein named.

#1 CORPORATION [X] By delivering to and leaving with **Elias Cespedes, Owner** and that deponent knew the person so served to be the authorized agent of the corporation, and said person stated that he/she was authorized to accept service on behalf of the corporation.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

#2 DESCRIPTION [X]  Sex: Male   Color of skin: White   Color of hair: Black/Gray   Age: 50-55   Height: 5ft4in-5ft8in
(use with #1, 2 or 3)  Weight: Over 200 lbs   Other Features:

#3 WIT. FEES [ ]  $ the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#4 OTHER [ ]

Sworn to before me on 09/27/2022

SUSAN CORTINA
Notary Public, State of New York
No. 01CO6047509, Qualified in Suffolk County
Term Expires September 5, 2026



Walber Liriano
WALBER LIRIANO
Server's Lic # 2105938
InvoiceWorkOrder 2280236

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| Oliverio Olivos Ortega | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 22-cv-05222 |
| Elias Cespedes and | ) | |
| Emperador Elias Restaurant | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Emperador Elias Restaurant
                                        274 Broadway,
                                        Brooklyn, NY 11211

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
   Daniel Schlade
   Justicia Laboral LLC
   6232 N. Pulaski, #300
   Chicago, IL 60646

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 09/14/2022

s/ Aaron I. Herrera

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 22-cv-05222

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **EMPERADOR ELIAS RESTAURANT**
was received by me on *(date)* **9-16-2022**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **ELIAS CESPEDES**, who is designated by law to accept service of process on behalf of *(name of organization)* **EMPERADOR ELIAS RESTAURANT** on *(date)* **9-23-2022** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: _____

*Walber Liriano*
Server's signature

**WALBER LIRIANO, Process Server**
Printed name and title

**172 Brook Ave., Deer Park NY 11729**
Server's address

Additional information regarding attempted service, etc: