UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| OLIVERIO OLIVOS ORTEGA,<br><br>                    Plaintiff,<br><br>– against –<br><br>EL EMPERADOR ELIAS RESTAURANT AND ELIAS CESPEDES,<br><br>                    Defendants | Civ. Action No. 22-cv-05222-DG-TAM<br><br>**JOINT STATUS REPORT** |

       The Parties, by and through their respective counsel of record, submit the following status report pursuant to Court Order entered March 1, 2023. Per said Court Order, following is a status of the case.

       Since the last telephonic status conference, the Parties have been actively engaged in settlement talks, which have included the exchange of both documents and information pertinent to the case. The Parties have tendered multiple demands and counter-offers; however, to date they remain apart as far as settlement. On April 19, 2023, counsel for the Parties conducted a teleconference to exchange the latest round of counters and demands, and to discuss settlement strategy and the case in general.

       Counsel for the Parties jointly agree that the potential remains to settle this case without the assistance of a mediator; however, a mediator may be beneficial if the Parties are unable to resolve this amongst themselves in short order. With that in mind, the Parties request a brief continuance of twenty-one days until May 12, 2023, at which point the Parties can advise the Court whether a settlement has been reached; or whether the referral to a mediator would be appropriate.

**PLAINTIFF**

<u>s/Daniel I. Schlade</u>
Attorney For Plaintiff
Daniel I. Schlade
Attorney For Plaintiff
Justicia Laboral, LLC
6232 N. Pulaski, #300
Chicago, IL 60646
773-550-3775
Email: dschlade@justicialaboral.com
danschlade@gmail.com