**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------------ x

OLIVERIO OLIVOS ORTEGA,
*on his own behalf and on behalf of others similarly situated*

                    Plaintiff,

v.

274 BROADWAY CORP
   d/b/a Emperador Elias Restaurant Corp;
ELIAS CESPEDES

                    Defendants.
------------------------------------------------------------------X

Case No. 22-cv-05222 (RER)(TAM)

**NOTICE OF MOTION FOR PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

      **PLEASE TAKE NOTICE** that upon the annexed Declaration of John Troy, sworn to on July 22, 2024, and all exhibits attached thereto, and upon all prior pleadings and proceedings herein, the undersigned shall move this Court, at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, NY 11201, before the Honorable **Ramon E. Reyes** for an Order granting judgment by default against Defendants **274 BROADWAY CORP d/b/a Emperador Elias Restaurant Corp.** and **ELIAS CESPEDES** pursuant to Fed. R. Civ. P. 55(b)(1).

      **PLEASE TAKE FURTHER NOTICE** that answering papers, if any, are to be served so as to be received by the undersigned no later than **August 5, 2024**, and plaintiff's reply papers, if any, shall be filled and served on or before **August 12, 2024**.

Dated: Flushing, NY
       July 22, 2024

                                TROY LAW, PLLC

                                */s/ John Troy*
                                John Troy