# LEAVITT, KERSON & SEHATI
### ATTORNEYS AT LAW

| | | |
|---|---|---|
| PAUL E. KERSON<br>MARC CRAWFORD LEAVITT<br>TALI B. SEHATI<br><br>_____<br><br>BENJAMIN M. SHAW (1912-2002) | 118-35 Queens Boulevard<br>Suite 950<br>Forest Hills, New York 11375<br>(718) 793 – 8822<br>Fax (718) 520 – 8544 | LUIS F. ECHEVERRIA<br>JOSEPH N. YAMANER<br>JOHN F. DUANE<br>JERRY CHRISAFIS<br><u>COUNSEL</u><br><br>620 Fifth Avenue, 2nd Fl.<br>New York, NY 10020<br>(212) 973 – 9339<br>(212) 973-9494 Fax |

Via ECF

December 17, 2024

Hon. Taryn A. Merkl
United States Magistrate Judge
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *Oliverio Olivos Ortega v. 274 Broadway Corporation d/b/a El Emperador Elias Restaurant and Elias Cespedes*
           Case No. 1:22-CV-05222 (RER) (TAM)

Dear Magistrate Judge Merkl:

I am writing to respond to your Order of December 16, 2024.

    Before the Thanksgiving holiday, we received the draft Letter-Agreement and Confession of Judgment that the prior attorney for my clients, the Defendants, Kenneth Katz, Esq. requires in order to release the file.

    After the Thanksgiving holiday, we did forward these items to our clients for signature. Ms. Jennifer Cespedes has returned the forms today improperly signed by Mr. Elias Cespedes. Mr. Cespedes signed in certain places and not in others. Also the forms are not notarized. I have instructed Ms. Cespedes to return tomorrow with the properly signed forms. However, I did receive a $5,000 check made out to Katz Mellinger. The original check is sent Federal Express to Mr. Katz. A copy is sent to Mr. and Ms. Troy.

    Just as soon as we receive the case file from Mr. Katz, we will be ready to enter into a discovery schedule with Mr. and Ms. Troy.

    Please note that law offices all over the City are under severe pressure at this time of year as many clients wish to finish their years-long cases before the end of the year. This is frequently not possible but requires significant effort nonetheless.

1

Your Honor's understanding of these time constraints is greatly appreciated.

Best regards.

Sincerely,

Paul E. Kerson

PEK:gd

cc:  Kenneth Katz, Esq., Former Attorney for Defendants
John Troy, Esq., Attorney for Plaintiff
Tiffany Troy, Esq., Attorney for Plaintiff

2