# LEAVITT, KERSON & SEHATI
### ATTORNEYS AT LAW

PAUL E. KERSON
MARC CRAWFORD LEAVITT
TALI B. SEHATI

———————————————

BENJAMIN M. SHAW (1912-2002)

118-35 Queens Boulevard
Suite 950
Forest Hills, New York 11375
(718) 793 – 8822
Fax (718) 520 – 8544

LUIS F. ECHEVERRIA
JOSEPH N. YAMANER
JOHN F. DUANE
JERRY CHRISAFIS
<u>COUNSEL</u>

620 Fifth Avenue, 2nd Fl.
New York, NY 10020
(212) 973 – 9339
(212) 973-9494 Fax

Via ECF

November 11, 2025

Hon. Taryn A. Merkl
United States Magistrate Judge
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

  Re: *Ortega v. 274 Broadway Corporation d/b/a El Emperador Elias Restaurant and Elias Cespedes*
    Case Nos.: 1:22-CV-05222-RER-TAM & 1:25-CV-02905-DG-RML

Dear Magistrate Judge Merkl:

  After much discussion, the parties and the Mediator, Hon. Robert J. Kheel, have agreed on a continued Mediation Hearing at 2 pm on December 9th, 2025.

  We are hopeful that this Mediation Hearing date is acceptable to the Court. Scheduling difficulties prevented the setting of an earlier date.

  Your Honor's attention to this case is greatly appreciated.

                Sincerely,

                Paul E. Kerson

PEK:my

cc: John Troy, Esq., Attorney for Plaintiff
   Tiffany Troy, Esq., Attorney for Plaintiff
   Aaron Schweitzer, Esq., Attorney for Plaintiff